**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Oddis Dunn v. Park Harbor Improvement Association, Inc. and Its
                        Commercial Members

Appellate case number:   01-21-00010-CV

Trial court case number:  2020-06897

Trial court:              234th District Court of Harris County

Appellant's counsel filed a motion to withdraw and appellant is in agreement with his counsel's withdrawal. Accordingly, we **grant** the motion to withdraw.

Before counsel withdrew, counsel had filed appellant's brief. Appellant has asked that we permit him to proceed pro se. Appellant has also filed a motion to strike the brief filed by counsel because appellant tendered a pro se appellant's brief. We **grant** the motion to strike and strike the appellant's brief filed on July 2, 2021. Because the Court has granted the motion to withdraw, appellant may proceed pro se. As construed to be a motion to permit appellant to proceed pro se, the motion to reconsider is also **granted**.

The Court has reviewed appellant's pro se brief and has determined that it does not comply with the Rule 38.1 requirements. *See* TEX. R. APP. P. 38.1. Appellant's pro se brief fails to include the following:

(1) an index of authorities, *see* TEX. R. APP. P. 38.1(c);

(2) a statement of the case supported by record references, *see* TEX. R. APP. P. 38.1(d);

(3) a statement regarding oral argument, *see* TEX. R. APP. P. 38.1(e);

(4) citations to the record in the statement of facts, *see* TEX. R. APP. P. 38.1(g);

(5) a summary of the argument, *see* TEX. R. APP. P. 38.1(h);

(6) argument containing both citations to the record and to authorities, *see* TEX. R. APP. P. 38.1(i); and

(7) a prayer for relief. *See* TEX. R. APP. P. 38.1(j).

We **strike** appellant's brief filed on August 3, 2021, and order appellant to file a brief correcting the deficiencies listed and in compliance with Rule 38.1 **on or before September 23, 2021**. Appellee's brief will be due **30 days after appellant files a corrected brief**.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
                              ☑ Acting individually    ☐ Acting for the Court


Date:   __August 26, 2021_____